IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARIA TINOCO and
JESUS TINOCO,

    Plaintiffs,

vs.                                                               Cause No. CIV 13-0918 KG/GJF

BOARD OF COUNTY COMMISSIONERS
OF DOÑA ANA COUNTY,

    Defendant.

## STIPULATED ORDER GRANTING THE UNOPPOSED MOTION TO SUBSTITUTE PARTIES

**THIS MATTER** came before this Court on individual County Defendants' Unopposed Motion to substitute the Board of County Commissioners of Doña Ana County for the individually named Defendants in this matter. Being fully advised in the premises and noting that all parties concur with the relief sought, the Court finds that the motion is well taken and should be GRANTED.

**IT IS THEREFORE ORDERED** that the Board of County Commissioners of Doña Ana County is substituted for the name of the individual defendants in this matter.

                                                                  UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

ROBLES, RAEL & ANAYA, P.C.


By:     /s/ Douglas E. Gardner
        Douglas E. Gardner, Esq.
        Attorneys for Defendants
        500 Marquette Ave., NW, Suite 700
        Albuquerque, New Mexico   87102
        (505) 242-2228
        (505) 242-1106 (facsimile)
        douglas@roblesrael.com

**APPROVED BY:**

LAW OFFICES OF JAMES P. LYLE, P.C.


By:                                                    /s/ James P. Lyle (*approved 7/6/2016 telephonically*)
        James P. Lyle, Esq.
        Attorney for Plaintiffs
        1116 Second St. NW
        Albuquerque, NM 87102
        (505) 843-8000
        Fax: (505) 843-8043
        pennname@prodigy.net

2